Jesse Andrews, Carl D. Matz, C. E. Lombardi, and D. E. McLean, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, at costs of Long-Bell Lumber Company, debtor, appellee, per stipulation of parties.

---

**EQUITABLE LIFE INSURANCE COMPANY OF IOWA, Appellant, v. The LONG–BELL LUMBER COMPANY, Debtor, et al.**

No. 10468.

Circuit Court of Appeals, Eighth Circuit.

Nov. 27, 1935.

J. G. Gamble and A. B. Howland, both of Des Moines, Iowa, and E. R. Morrison, of Kansas City, Mo., for appellant.

Jesse Andrews, Carl D. Matz, C. E. Lombardi, and D. E. McLean, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, at costs of Long-Bell Lumber Company, debtor, appellee, per stipulation of parties.

---

**EQUITABLE LIFE INSURANCE COMPANY OF IOWA, Appellant, v. The LONG–BELL LUMBER COMPANY, Debtor, et al.**

No. 10497.

Circuit Court of Appeals, Eighth Circuit.

Nov. 27, 1935.

J. G. Gamble and A. B. Howland, both of Des Moines, Iowa, and E. R. Morrison, of Kansas City, Mo., for appellant.

Jesse Andrews, Carl D. Matz, C. E. Lombardi, and D. E. McLean, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, at costs of Long-Bell Lumber Company, debtor, appellee, per stipulation of parties.

---

**Naum FELCHER, Doing Business as Blue Bird Shoe Shop, Bankrupt.**

**Naum FELCHER, Bankrupt-Appellant, v. DR. A. POSNER SHOES, Inc., Creditor-Appellee.**

No. 7.

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1935.

Herman G. Robbins, of Brooklyn, N. Y., for appellant.

Arthur Joseph, of New York City, for creditor-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Order affirmed.

---

**August FORD, Bankrupt, etc., Appellant, v. MUTUAL BENEFIT LIFE INSURANCE COMPANY.**

No. 10338.

Circuit Court of Appeals, Eighth Circuit.

Aug. 13, 1935.

R. M. Sheppard, of St. Joseph, Mo., and Guy W. Runnion, of Kansas City, Mo., for appellant.